**SECRETARY OF CONGRESS OF THE UNITED STATES, a/k/a Aaron H. Brooks, Plaintiff–Appellant,**

v.

**The CHIEF CLERK OF THE UNITED STATES DISTRICT COURT OF MARYLAND; The Chief of the United States District for Northern District of California; the said State of Maryland; Attorney General for the State of Maryland; Chairman of the State Hall of Records Commission; Chairman of the State Executive Committee on Rules; District Court Judges of Wabash District; Commission on Judicial Disabilities; Steven P. Lemmey; Baltimore City Fire Department; Su-**

preme Bench of Baltimore City, Individually and in His/Her Official Capacity and Any And All Other So Named Persons, Defendants-appellees.

No. 01–1829.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Secretary of Congress of the United States, a/k/a Aaron H. Brooks, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Secretary of Congress of the United States, a/k/a Aaron H. Brooks, appeals the district court's order dismissing as frivolous his civil rights complaint construed as a 42 U.S.C.A. § 1983 (West Supp.2001) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Secretary of Congress v. Chief Clerk,* No. CA–01–1620–MJG (D.Md. filed June 11, 2001; entered June 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*